Hearing Date: January 42, 4233
Hearing Time: 52 a.m.
Location: 219 S. Dearborn St., Courtroom 83;
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                              §          Chapter 7
                                                    §
TIGHE, STEPHEN G                                    §          Case No. 06-06250
                                                    §
                        Debtor                      §          Lcs wgkpg R0Eqz

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
    . The case was converted to one under Chapter 7 on              . The
undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joseph A. Baldi, Trustee_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 06-06250 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | TIGHE, STEPHEN G | | | Date Filed (f) or Converted (c): | 08/23/09 (c) |
| | | | | 341(a) Meeting Date: | 10/08/09 |
| For Period Ending: | 11/13/10 | | | Claims Bar Date: | 01/13/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 2. Checking, Savings Accounts | 1.00 | 0.00 | | 0.00 | FA |
| 3. Checking, Savings Accounts | 50.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,050.00 | 0.00 | | 0.00 | FA |
| (1/2 interest) | | | | | |
| 5. Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 900.00 | 0.00 | | 0.00 | FA |
| 7. Firearms & Sports, Photo Equip | 1,600.00 | 0.00 | | 0.00 | FA |
| 1903 Spring Feld, 1853 .58 Caliber | | | | | |
| 8. Automobiles and Other Vehicles | 12,500.00 | 0.00 | | 0.00 | FA |
| 2004 Pontiac Montana | | | | | |
| 9. Computer (1/2 intererst) | 200.00 | 0.00 | | 0.00 | FA |
| 10. Lot with trailer in Sennica Illinois | 15,000.00 | 11,358.00 | | 11,358.55 | FA |
| 11. Real Property | 240,000.00 | 0.00 | | 0.00 | FA |
| (1/2 interest) | | | | | |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.42 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $273,351.00     $11,358.00     $11,358.97     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is investigating option to retain real estate broker to sell the Estate's interest in a trailer and lot in

Sennica, Illinois, may be equity. Employed broker and entered into listing agreement pursuant to Court order 6/8/10.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 06-06250    JPC    Judge: Jacqueline P. Cox | Trustee Name:    Joseph A. Baldi, Trustee |
| Case Name: | TIGHE, STEPHEN G | Date Filed (f) or Converted (c):    08/23/09 (c) |
| | | 341(a) Meeting Date:    10/08/09 |
| | | Claims Bar Date:    01/13/10 |

Trustee sold property pursuant to court order. Trustee obtained court authority to retain tax accountant and oversaw preparation of tax returns. Trustee analyzed claims and resolved issues. Trustee is in the process of preparing the TFR.

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 12/31/10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| | |
|---|---|
| Case No: | 06-06250 -JPC |
| Case Name: | TIGHE, STEPHEN G |
| Taxpayer ID No: | *******2670 |
| For Period Ending: | 11/13/10 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6451 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 08/27/10 | 10 | Robert Von Ruden<br>2991 East 2150th Road<br>Ottawa IL 61350 | | | 8,256.05 | | 8,256.05 |
| | | VON RUDEN | Memo Amount: 11,358.55<br>SALE OF REAL PROPERTY | 1110-000 | | | |
| | | MARV MASTERSON & WOODSMOKE RANCH | Memo Amount: ( 1,200.12 )<br>Unpaid Dues & Costs Of Sale | 2990-000 | | | |
| | | MICHAEL MASON | Memo Amount: ( 300.00 )<br>RE Atty Fees | 3210-000 | | | |
| | | LASALLE COUNTY COLLECTOR | Memo Amount: ( 206.91 )<br>Real Estate Taxes - LaSalle County<br>Includes $5.00 charge for copy of tax bill. ecb | 2820-000 | | | |
| | | MICHAEL MASON, ATTY | Memo Amount: ( 375.00 )<br>Title Insurance | 2500-000 | | | |
| | | WOODSMOKE RANCH | Memo Amount: ( 880.00 )<br>Realtor Commission<br>Court order and percentage per agreement provide<br>for $880 commisssion. $500 Earnest money<br>retained by realtor and additional $380 paid at<br>closing per HUD. ecb. | 3510-000 | | | |
| | | ATTORNEY TITLE GUARANTY | Memo Amount: ( 3.00 )<br>Title company charges | | | | |
| | | LASALLE COUNTY RECORDER | Memo Amount: ( 12.00 )<br>Transfer Taxes | 2500-000 | | | |
| | | PRORATION TO BUYER | Memo Amount: ( 125.47 )<br>COUNTY TAXES | 2500-000 | | | |
| C 08/31/10 | 12 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 8,256.06 |
| C 09/30/10 | 12 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,256.26 |
| C 10/29/10 | 12 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,256.47 |

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*
LFORM2T4

Ver: 16.00a

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06250 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | TIGHE, STEPHEN G | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6451 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2670 | | | |
| For Period Ending: | 11/13/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

Memo Allocation Receipts: 11,358.55
Memo Allocation Disbursements: 3,102.50

Memo Allocation Net: 8,256.05

| Account *******6451 | | | |
|---|---|---|---|
| Balance Forward | 0.00 | | |
| 1 Deposits | 8,256.05 | 0 Checks | 0.00 |
| 3 Interest Postings | 0.42 | 0 Adjustments Out | 0.00 |
| | | 0 Transfers Out | 0.00 |
| Subtotal | $ 8,256.47 | | |
| | | Total | $ 0.00 |
| 0 Adjustments In | 0.00 | | |
| 0 Transfers In | 0.00 | | |
| Total | $ 8,256.47 | | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-06250 | | Page 1 | | Date: November 13, 2010 |
| Debtor Name: | TIGHE, STEPHEN G | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002 050 4210-00 | GMAC 2740 Arthur Street Roseville, MN 55113 | Secured | paid through ch 13 plan--claim withdrawn in chapter 7-10/27/10 | $0.00 | $0.00 | $0.00 |
| 000010B 050 4210-00 | CITIFINANCIAL RETAIL SERVICES, INC P.O. BOX 70923 CHARLOTTE, NC 28272-0923 | Secured | Secured portion of claim no longer asserted per amended claim filed 11/2/10 | $0.00 | $0.00 | $0.00 |
| 000016 050 4110-00 | World Savings PO Box 659558 San Antonio, TX 78265-9558 Attn Bankruptcy Department | Secured | claim not allowed per ch. 13 plan--stay modified per court order withdrawn 4/22/08 | $0.00 | $0.00 | $0.00 |
| 000017 050 4110-00 | Old Republic Insurance Co Inc C/O ORECS 307 N Michigan Ave 15th Floor Chicago, Il 60601 | Secured | Not allowed per ch. 13 plan | $0.00 | $0.00 | $0.00 |
| 000018 050 4110-00 | Old Republic Equity Credit Services Inc 307 N Michigan Ave 13th Floor Chicago, IL 60601 | Secured | Duplicate of 17-claim 17 was assigned and not allowed pursuant to ch. 13 plan | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| 001 3410-00 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 | Administrative | | $752.50 | $0.00 | $752.50 |
| 001 3110-00 | BALDI BERG & WALLACE, LTD. 19 South LaSalle Street Suite 1500 Chicago, IL 60603 | Administrative | | $3,511.50 | $0.00 | $3,511.50 |
| 001 3120-00 | BALDI BERG & WALLACE, LTD. 19 South LaSalle Street Suite 1500 Chicago, IL 60603 | Administrative | | $48.45 | $0.00 | $48.45 |
| 001 2100-00 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Administrative | | $1,885.90 | $0.00 | $1,885.90 |
| | Subtotal for Class Administrative | | | $6,198.35 | $0.00 | $6,198.35 |
| 000001 070 7100-00 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | Unsecured | 23% allowed per ch. 13 plan; portion paid in ch. 13 | $2,257.85 | $323.34 | $1,934.51 |
| 000003 070 7100-00 | Poronsky Family Practice 6400 W College Dr, #200 Palos Heights, IL 60463-1786 | Unsecured | 23% allowed per ch. 13 plan; portion paid in ch. 13 | $105.54 | $15.12 | $90.42 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-06250 | | Page 2 | | | Date: November 13, 2010 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: | TIGHE, STEPHEN G | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 000004 070 7100-00 | Capital One Bank c/o Tsys Debt Management PO Box 5155 Norcross, GA 30091 | Unsecured | 23% allowed per ch. 13 plan; portion paid in ch. 13 | $1,386.39 | $198.55 | $1,187.84 |
| 000005 070 7100-00 | Capital One Bank c/o Tsys Debt Management PO Box 5155 Norcross, GA 30091 | Unsecured | 23% allowed per ch. 13 plan; portion paid in ch. 13 | $1,807.97 | $258.93 | $1,549.04 |
| 000006 070 7100-00 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | Unsecured | claim assigned 1/17/07 23% allowed per ch. 13 plan; portion paid in ch. 13 | $1,322.68 | $189.42 | $1,133.26 |
| 000007 070 7100-00 | Kohl's Department Store c/o creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | Unsecured | 23% allowed per ch. 13 plan; portion paid in ch. 13 | $147.07 | $15.83 | $131.24 |
| 000008 070 7100-00 | eCAST Settlement Corporation P.O. Box 7247-6971 Philadelphia, PA 19170-6971 | Unsecured | claim assigned 12/7/06 23% allowed per ch. 13 plan | $77.30 | $0.00 | $77.30 |
| 000009 070 7100-00 | ROUNDUP FUNDING, L.L.C. MS 550 PO Box 91121 SEATTLE, WA 98111-9221 | Unsecured | claim assigned 6/25/07 23% allowed per ch. 13 plan; portion paid in ch. 13 | $2,816.68 | $403.37 | $2,413.31 |
| 000010A 070 7100-00 | CITIFINANCIAL RETAIL SERVICES, INC P.O. BOX 70923 CHARLOTTE, NC 28272-0923 | Unsecured | not allowed per ch. 13 plan | $0.00 | $0.00 | $0.00 |
| 000011 070 7100-00 | Premier Bankcard Premier/CSI Dept SDPR PO Box 2208 Vacaville, CA 95696 | Unsecured | 23% allowed per ch. 13 plan | $52.91 | $0.00 | $52.91 |
| 000012 070 7100-90 | eCAST Settlement Corporation assignee of Chase Bank USA N A POB 35480 Newark NJ 07193-5480 | Unsecured | 23% allowed per ch. 13 plan; portion paid in ch. 13 | $2,054.85 | $294.37 | $1,760.48 |
| 000013 070 7100-00 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | Unsecured | claim assigned 6/20/07 23% allowed per ch. 13 plan | $89.46 | $0.00 | $89.46 |
| 000014 070 7100-00 | LVNV Funding LLC., its successors and assigns, as assignee of Citibank, N.A. Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | Unsecured | 23% allowed per ch. 13 plan; portion paid in ch. 13 | $3,077.64 | $440.75 | $2,636.89 |

## EXHIBIT C
### ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-06250 | | Page 3 | | Date: November 13, 2010 |
| Debtor Name: | TIGHE, STEPHEN G | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000015 070 7100-00 | Portfolio Recovery Associates PO Box 41067 Norfolk, VA 23541 | Unsecured | claim assigned 10/23/07  23% allowed per ch. 13 plan; portion paid in ch. 13 | $1,343.80 | $192.45 | $1,151.35 |
| 000019 070 7100-00 | Renata Variakojis MDSC P O Box 379 Orland Park, IL 60462 | Unsecured | | $89.00 | $0.00 | $89.00 |
| 000020 070 7100-00 | Sonus USA 5000 Cheshire Parkway North Minneapolis, MN 55446 | Unsecured | | $16.00 | $0.00 | $16.00 |
| | Subtotal for Class Unsecured | | | $16,645.14 | $2,332.13 | $14,313.01 |
| | Case Totals: | | | $22,843.49 | $2,332.13 | $20,511.36 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-06250
Case Name: TIGHE, STEPHEN G
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: BALDI BERG & WALLACE, LTD. | $ | $ | $ |
| Attorney for Trustee Expenses: BALDI BERG & WALLACE, LTD. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (10/1/2010) *(Page: 10)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services | $ | $ | $ |
| 000003 | Poronsky Family Practice | $ | $ | $ |
| 000004 | Capital One Bank | $ | $ | $ |
| 000005 | Capital One Bank | $ | $ | $ |
| 000006 | eCAST Settlement Corporation | $ | $ | $ |
| 000007 | Kohl's Department Store | $ | $ | $ |
| 000008 | eCAST Settlement Corporation | $ | $ | $ |
| 000009 | ROUNDUP FUNDING, L.L.C. | $ | $ | $ |
| 000010A | CITIFINANCIAL RETAIL SERVICES, INC | $ | $ | $ |
| 000011 | Premier Bankcard | $ | $ | $ |
| 000012 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000013 | eCAST Settlement Corporation | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | LVNV Funding LLC., its successors and assigns, as | $ | $ | $ |
| 000015 | Portfolio Recovery Associates | $ | $ | $ |
| 000019 | Renata Variakojis MDSC | $ | $ | $ |
| 000020 | Sonus USA | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE