# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
TIGHE, STEPHEN G                          §        Case No. 06-06250
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on            , and it was converted to chapter 7 on            .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi, Trustee _____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citifinancial | | | | | |
| 000018 | OLD REPUBLIC EQUITY CREDIT SERVICES | | | | | |
| 000017 | OLD REPUBLIC INSURANCE CO INC C/O O | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | WORLD SAVINGS | | | | | |
| 000010B | CITIFINANCIAL RETAIL SERVICES, INC | | | | | |
| 000002 | GMAC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| ATTORNEY TITLE GUARANTY | | | | | |
| LASALLE COUNTY RECORDER | | | | | |
| MICHAEL MASON, ATTY | | | | | |
| PRORATION TO BUYER | | | | | |
| LASALLE COUNTY COLLECTOR | | | | | |
| MARV MASTERSON & WOODSMOKE RANCH | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| MICHAEL MASON | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| POPOWCER KATTEN, LTD | | | | | |
| WOODSMOKE RANCH | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACC International | | | | | |
| | AT&T Universal PO Box 688905 Des Moines, IA 50368-8905 | | | | | |
| | Advanced Health | | | | | |
| | Chase Bank C/O Michael D. Fine 227 W. Monroe, #2700 Chicago, IL 60606 | | | | | |
| | Chase PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Comcast | | | | | |
| | HSBC PO Box 17051 Baltimore, MD 21297-1051 | | | | | |
| | HSBC PO Box 88000 Baltimore, MD 21288 | | | | | |
| | Harris and Harris 600 West Jackson Blvd Suite 400 Chicago, IL 60661 | | | | | |
| | Harris and Harris 600 West Jackson Blvd Suite 400 Chicago, IL 60661 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris and Harris 600 West Jackson Blvd Suite 400 Chicago, IL 60661 | | | | | |
| | Home Depot PO Bxo 530919, Dept 51 Atlanta, GA 30353-0919 | | | | | |
| | ICS | | | | | |
| | MBNA PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Medical Business Bureau 1460 Renaissance Drive Suite 400 Park Ridge, IL 60068 | | | | | |
| | Nicor Gas | | | | | |
| | OSI Collections PO Box 959 Brookfield, WI 53008-0959 | | | | | |
| | Orthospine Center 6450 W College Dr Palos Heights, IL 60463 | | | | | |
| | Palos Anesthesia Assoc PO Bxo 239D Park Ridge, IL 60068-8018 | | | | | |
| | Palos Community Hospital | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palos Community Hospital 12251 South 80th Ave Palos Heights, IL 60463 | | | | | |
| | Palos Surgicenter | | | | | |
| | Peter McDonald MD | | | | | |
| | Poronsky Family Practice | | | | | |
| | Poronsky Family Practice | | | | | |
| | Poronsky Family Practice 6400 W College Dr, #200 Palos Heights, IL 60463-1786 | | | | | |
| | Renata Variakojis | | | | | |
| | Retail Services PO Box 17602 Baltimore, MD 21297-1602 | | | | | |
| | SW Pediatrics | | | | | |
| | Sertoma Speech & Hearing Ctr 10409 S Roberts Rd Palos Hills, IL 60465 | | | | | |
| | Sigma Health/ Advanced Health 9721 W 165th St Orland Park, IL 60467 | | | | | |
| | Sprint | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Target PO Box 59231 Minneapolis, MN 55459 |  |  |  |  |  |
|  | WFNNB PO Box 659728 San Antonio, TX 78265 |  |  |  |  |  |
| 000004 | CAPITAL ONE BANK |  |  |  |  |  |
| 000005 | CAPITAL ONE BANK |  |  |  |  |  |
| 000010A | CITIFINANCIAL RETAIL SERVICES, INC |  |  |  |  |  |
| 000001 | DISCOVER BANK/DISCOVER FINANCIAL SE |  |  |  |  |  |
| 000006 | ECAST SETTLEMENT CORPORATION |  |  |  |  |  |
| 000008 | ECAST SETTLEMENT CORPORATION |  |  |  |  |  |
| 000013 | ECAST SETTLEMENT CORPORATION |  |  |  |  |  |
| 000007 | KOHL'S DEPARTMENT STORE |  |  |  |  |  |
| 000014 | LVNV FUNDING LLC., ITS SUCCESSORS A |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | PORONSKY FAMILY PRACTICE | | | | | |
| 000015 | PORTFOLIO RECOVERY ASSOCIATES | | | | | |
| 000011 | PREMIER BANKCARD | | | | | |
| 000019 | RENATA VARIAKOJIS MDSC | | | | | |
| 000009 | ROUNDUP FUNDING, L.L.C. | | | | | |
| 000020 | SONUS USA | | | | | |
| 000012 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 06-06250 | JPC | Judge: Jacqueline P. Cox | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | TIGHE, STEPHEN G | | | | Date Filed (f) or Converted (c): | 08/23/09 (c) |
| | | | | | 341(a) Meeting Date: | 10/08/09 |
| For Period Ending: | 04/03/11 | | | | Claims Bar Date: | 01/13/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 2. Checking, Savings Accounts | 1.00 | 0.00 | | 0.00 | FA |
| 3. Checking, Savings Accounts | 50.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,050.00 | 0.00 | | 0.00 | FA |
| (1/2 interest) | | | | | |
| 5. Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 900.00 | 0.00 | | 0.00 | FA |
| 7. Firearms & Sports, Photo Equip | 1,600.00 | 0.00 | | 0.00 | FA |
| 1903 Spring Feld, 1853 .58 Caliber | | | | | |
| 8. Automobiles and Other Vehicles | 12,500.00 | 0.00 | | | FA |
| 2004 Pontiac Montana | | | | | |
| 9. Computer (1/2 intererst) | 200.00 | 0.00 | | 0.00 | FA |
| 10. Lot with trailer in Sennica Illinois | 15,000.00 | 11,358.00 | | 11,358.55 | FA |
| 11. Real Property | 240,000.00 | 0.00 | | 0.00 | FA |
| (1/2 interest) | | | | | |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.99 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $273,351.00 | $11,358.00 | | $11,359.54 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is investigating option to retain real estate broker to sell the Estate's interest in a trailer and lot in

Sennica, Illinois, may be equity.  Employed broker and entered into listing agreement pursuant to Court order 6/8/10.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | |
|---|---|
| Case No: | 06-06250   JPC   Judge: Jacqueline P. Cox |
| Case Name: | TIGHE, STEPHEN G |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 08/23/09 (c) |
| 341(a) Meeting Date: | 10/08/09 |
| Claims Bar Date: | 01/13/10 |

Trustee sold property pursuant to court order.  Trustee obtained court authority to retain tax accountant and oversaw preparation of tax returns.  Trustee analyzed claims and resolved issues.  TFR filed.  Final hearing held 1/20/11 and final distribution made.  Upon receiving a zero balance bank statement, Trustee will prepare his TDR

Initial Projected Date of Final Report (TFR): 12/31/10       Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 06-06250  -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | TIGHE, STEPHEN G | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6451  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2670 | | | |
| For Period Ending: | 04/03/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/10 | 10 | Robert Von Ruden | | | 8,256.05 | | 8,256.05 |
| | | 2991 East 2150th Road | | | | | |
| | | Ottawa   IL   61350 | | | | | |
| | | VON RUDEN | Memo Amount:          11,358.55 | 1110-000 | | | |
| | | | SALE OF REAL PROPERTY | | | | |
| | | MARV MASTERSON & WOODSMOKE RANCH | Memo Amount:     (     1,200.12 ) | 2990-000 | | | |
| | | | Unpaid Dues & Costs Of Sale | | | | |
| | | MICHAEL MASON | Memo Amount:     (       300.00 ) | 3210-000 | | | |
| | | | RE Atty Fees | | | | |
| | | LASALLE COUNTY COLLECTOR | Memo Amount:     (       206.91 ) | 2820-000 | | | |
| | | | Real Estate Taxes - LaSalle County | | | | |
| | | | Includes $5.00 charge for copy of tax bill.  ecb | | | | |
| | | MICHAEL MASON, ATTY | Memo Amount:     (       375.00 ) | 2500-000 | | | |
| | | | Title Insurance | | | | |
| | | WOODSMOKE RANCH | Memo Amount:     (       880.00 ) | 3510-000 | | | |
| | | | Realtor Commission | | | | |
| | | | Court order and percentage per agreement provide | | | | |
| | | | for $880 commisssion.  $500 Earnest money | | | | |
| | | | retained by realtor and additional $380 paid at | | | | |
| | | | closing per HUD.  ecb. | | | | |
| | | ATTORNEY TITLE GUARANTY | Memo Amount:     (         3.00 ) | 2500-000 | | | |
| | | | Title company charges | | | | |
| | | LASALLE COUNTY RECORDER | Memo Amount:     (        12.00 ) | 2500-000 | | | |
| | | | Transfer Taxes | | | | |
| | | PRORATION TO BUYER | Memo Amount:     (       125.47 ) | 2500-000 | | | |
| | | | COUNTY TAXES | | | | |
| 08/31/10 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 8,256.06 |
| 09/30/10 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,256.26 |
| 10/29/10 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,256.47 |
| 11/30/10 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,256.68 |

Page:   2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-06250  -JPC |
| Case Name: | TIGHE, STEPHEN G |
| Taxpayer ID No: | *******2670 |
| For Period Ending: | 04/03/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6451  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/10 | 12 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,256.89 |
| 01/24/11 | 12 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 8,257.04 |
| 01/24/11 | | Transfer to Acct #*******6784 | Final Posting Transfer for final distribution | 9999-000 | | 8,257.04 | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 11,358.55 | |
| Memo Allocation Disbursements: | 3,102.50 | |
| Memo Allocation Net: | 8,256.05 | |

| Account *******6451 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 8,256.05 | 0 | Checks | 0.00 |
| 6 | Interest Postings | 0.99 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 8,257.04 |
| | Subtotal | $ 8,257.04 | | | |
| | | | | Total | $ 8,257.04 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 8,257.04 | | | |

Ver: 16.01c

FORM 2
Page: 3
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:       06-06250  -JPC
Case Name:     TIGHE, STEPHEN G

Taxpayer ID No:  *******2670
For Period Ending: 04/03/11

Trustee Name:            Joseph A. Baldi, Trustee
Bank Name:               Bank of America, N.A.
Account Number / CD #:   *******6784  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 01/24/11 | | Transfer from Acct #*******6451 | Transfer In From MMA Account for final distribution | 9999-000 | 8,257.04 | | 8,257.04 |
| * | 01/24/11 | 001001 | Popower Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other | 3410-003 | | 752.50 | 7,504.54 |
| * | 01/24/11 | 001001 | Popower Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other original distribution checks reversed because distribution needs to be amended-check reversed | 3410-003 | | -752.50 | 8,257.04 |
| * | 01/24/11 | 001002 | BALDI BERG & WALLACE, LTD. 19 South LaSalle Street Suite 1500 Chicago, IL  60603 | Attorney for Trustee Fees (Trustee | 3110-003 | | 3,511.50 | 4,745.54 |
| * | 01/24/11 | 001002 | BALDI BERG & WALLACE, LTD. 19 South LaSalle Street Suite 1500 Chicago, IL  60603 | Attorney for Trustee Fees (Trustee original distribution checks reversed because distribution needs to be amended-check reversed | 3110-003 | | -3,511.50 | 8,257.04 |
| * | 01/24/11 | 001003 | BALDI BERG & WALLACE, LTD. 19 South LaSalle Street Suite 1500 Chicago, IL  60603 | Attorney for Trustee Expenses (Trus | 3120-003 | | 48.45 | 8,208.59 |
| * | 01/24/11 | 001003 | BALDI BERG & WALLACE, LTD. 19 South LaSalle Street Suite 1500 Chicago, IL  60603 | Attorney for Trustee Expenses (Trus original distribution checks reversed because distribution needs to be amended-check reversed | 3120-003 | | -48.45 | 8,257.04 |
| * | 01/24/11 | 001004 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | Trustee Compensation | 2100-003 | | 1,885.90 | 6,371.14 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

Exhibit 9

| Case No: | 06-06250  -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | TIGHE, STEPHEN G | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6784  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2670 | | |
| For Period Ending: | 04/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/24/11 | 001004 | JOSEPH A. BALDI, as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | Trustee Compensation original distribution checks reversed because distribution needs to be amended-check reversed | 2100-003 | | -1,885.90 | 8,257.04 |
| * 01/24/11 | 001005 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | Claim 000001, Payment 12.06% | 7100-003 | | 272.26 | 7,984.78 |
| * 01/24/11 | 001005 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | Claim 000001, Payment 12.06% original distribution checks reversed because distribution needs to be amended-check reversed | 7100-003 | | -272.26 | 8,257.04 |
| * 01/24/11 | 001006 | Poronsky Family Practice 6400 W College Dr, #200 Palos Heights, IL 60463-1786 | Claim 000003, Payment 12.05% | 7100-003 | | 12.72 | 8,244.32 |
| * 01/24/11 | 001006 | Poronsky Family Practice 6400 W College Dr, #200 Palos Heights, IL 60463-1786 | Claim 000003, Payment 12.05% original distribution checks reversed because distribution needs to be amended-check reversed | 7100-003 | | -12.72 | 8,257.04 |
| * 01/24/11 | 001007 | Capital One Bank c/o Tsys Debt Management PO Box 5155 Norcross, GA 30091 | Claim 000004, Payment 12.06% | 7100-003 | | 167.17 | 8,089.87 |
| * 01/24/11 | 001007 | Capital One Bank c/o Tsys Debt Management PO Box 5155 Norcross, GA 30091 | Claim 000004, Payment 12.06% original distribution checks reversed because distribution needs to be amended-check reversed | 7100-003 | | -167.17 | 8,257.04 |
| * 01/24/11 | 001008 | Capital One Bank c/o Tsys Debt Management PO Box 5155 Norcross, GA 30091 | Claim 000005, Payment 12.06% | 7100-003 | | 218.00 | 8,039.04 |
| * 01/24/11 | 001008 | Capital One Bank c/o Tsys Debt Management PO Box 5155 | Claim 000005, Payment 12.06% original distribution checks reversed because distribution needs to be amended-check reversed | 7100-003 | | -218.00 | 8,257.04 |

FORM 2   Page:   5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 06-06250 -JPC |
| Case Name: | TIGHE, STEPHEN G |
| | |
| Taxpayer ID No: | *******2670 |
| For Period Ending: | 04/03/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6784  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 01/24/11 | 001009 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000006, Payment 12.06% | 7100-003 | | 159.49 | 8,097.55 |
| * | 01/24/11 | 001009 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000006, Payment 12.06%<br>original distribution checks reversed because<br>distribution needs to be amended-check reversed | 7100-003 | | -159.49 | 8,257.04 |
| * | 01/24/11 | 001010 | Kohl's Department Store<br>c/o creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 000007, Payment 15.61% | 7100-003 | | 22.96 | 8,234.08 |
| * | 01/24/11 | 001010 | Kohl's Department Store<br>c/o creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 000007, Payment 15.61%<br>original distribution checks reversed because<br>distribution needs to be amended-check reversed | 7100-003 | | -22.96 | 8,257.04 |
| * | 01/24/11 | 001011 | eCAST Settlement Corporation<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Claim 000008, Payment 26.38% | 7100-003 | | 20.39 | 8,236.65 |
| * | 01/24/11 | 001011 | eCAST Settlement Corporation<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Claim 000008, Payment 26.38%<br>original distribution checks reversed because<br>distribution needs to be amended-check reversed | 7100-003 | | -20.39 | 8,257.04 |
| * | 01/24/11 | 001012 | ROUNDUP FUNDING, L.L.C.<br>MS 550<br>PO Box 91121<br>SEATTLE, WA 98111-9221 | Claim 000009, Payment 12.06% | 7100-003 | | 339.64 | 7,917.40 |
| * | 01/24/11 | 001012 | ROUNDUP FUNDING, L.L.C.<br>MS 550<br>PO Box 91121<br>SEATTLE, WA 98111-9221 | Claim 000009, Payment 12.06%<br>original distribution checks reversed because<br>distribution needs to be amended-check reversed | 7100-003 | | -339.64 | 8,257.04 |
| * | 01/24/11 | 001013 | Premier Bankcard<br>Premier/CSI Dept SDPR | Claim 000011, Payment 26.38% | 7100-003 | | 13.96 | 8,243.08 |

LFORM2T4

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

Ver: 16.01c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-06250  -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | TIGHE, STEPHEN G | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6784  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2670 | | | |
| For Period Ending: | 04/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 2208 Vacaville, CA 95696 | | | | | |
| * 01/24/11 | 001013 | Premier Bankcard Premier/CSI Dept SDPR PO Box 2208 Vacaville, CA 95696 | Claim 000011, Payment 26.38% original distribution checks reversed because distribution needs to be amended-check reversed | 7100-003 | | -13.96 | 8,257.04 |
| * 01/24/11 | 001014 | eCAST Settlement Corporation assignee of Chase Bank USA N A POB 35480 Newark NJ 07193-5480 | Claim 000012, Payment 12.05% | 7100-903 | | 247.67 | 8,009.37 |
| * 01/24/11 | 001014 | eCAST Settlement Corporation assignee of Chase Bank USA N A POB 35480 Newark NJ 07193-5480 | Claim 000012, Payment 12.05% original distribution checks reversed because distribution needs to be amended-check reversed | 7100-903 | | -247.67 | 8,257.04 |
| * 01/24/11 | 001015 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | Claim 000013, Payment 26.38% | 7100-003 | | 23.60 | 8,233.44 |
| * 01/24/11 | 001015 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | Claim 000013, Payment 26.38% original distribution checks reversed because distribution needs to be amended-check reversed | 7100-003 | | -23.60 | 8,257.04 |
| * 01/24/11 | 001016 | LVNV Funding LLC., its successors and assigns, as assignee of Citibank, N.A. Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | Claim 000014, Payment 12.06% | 7100-003 | | 371.10 | 7,885.94 |
| * 01/24/11 | 001016 | LVNV Funding LLC., its successors and assigns, as assignee of Citibank, N.A. Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | Claim 000014, Payment 12.06% original distribution checks reversed because distribution needs to be amended-check reversed | 7100-003 | | -371.10 | 8,257.04 |
| * 01/24/11 | 001017 | Portfolio Recovery Associates | Claim 000015, Payment 12.06% | 7100-003 | | 162.03 | 8,095.01 |

FORM 2

Page:   7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-06250  -JPC |
|---|---|
| Case Name: | TIGHE, STEPHEN G |

| Taxpayer ID No: | *******2670 |
|---|---|
| For Period Ending: | 04/03/11 |

| Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6784  Checking Account (Non-Interest Earn |

Blanket Bond (per case limit):   $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 41067 Norfolk, VA 23541 | | | | | |
| * 01/24/11 | 001017 | Portfolio Recovery Associates PO Box 41067 Norfolk, VA 23541 | Claim 000015, Payment 12.06% original distribution checks reversed because distribution needs to be amended-check reversed | 7100-003 | | -162.03 | 8,257.04 |
| * 01/24/11 | 001018 | Renata Variakojis MDSC P O Box 379 Orland Park, IL 60462 | Claim 000019, Payment 26.38% | 7100-003 | | 23.48 | 8,233.56 |
| * 01/24/11 | 001018 | Renata Variakojis MDSC P O Box 379 Orland Park, IL 60462 | Claim 000019, Payment 26.38% original distribution checks reversed because distribution needs to be amended-check reversed (but incorrectly)--reversed a second time (ck 1020) | 7100-003 | | -23.48 | 8,257.04 |
| * 01/24/11 | 001019 | United States Bankruptcy Court IL | Claim 000020, Payment 26.38% Sonus USA 5000 Cheshire Parkway North Minneapolis, MN 55446 | 7100-003 | | 4.22 | 8,252.82 |
| * 01/24/11 | 001019 | United States Bankruptcy Court IL | Claim 000020, Payment 26.38% original distribution checks reversed because distribution needs to be amended-check reversed | 7100-003 | | -4.22 | 8,257.04 |
| * 01/24/11 | 001020 | Renata Variakojis MDSC P O Box 379 Orland Park, IL 60462 | Claim 000019, Payment 26.38% | 7100-003 | | 23.48 | 8,233.56 |
| * 01/24/11 | 001020 | Renata Variakojis MDSC P O Box 379 Orland Park, IL 60462 | Claim 000019, Payment 26.38% original distribution check needed to be amended-check incorrectly reversed and consequently reversed a second time | 7100-003 | | -23.48 | 8,257.04 |
| 01/24/11 | 001021 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il  60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 752.50 | 7,504.54 |
| 01/24/11 | 001022 | BALDI BERG & WALLACE, LTD. | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,511.50 | 3,993.04 |

Ver: 16.01c

Page: 8

Exhibit 9

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          06-06250  -JPC
Case Name:     TIGHE, STEPHEN G

Taxpayer ID No:  *******2670
For Period Ending:  04/03/11

Trustee Name:          Joseph A. Baldi, Trustee
Bank Name:             Bank of America, N.A.
Account Number / CD #:   *******6784  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/24/11 | 001023 | 19 South LaSalle Street Suite 1500 Chicago, IL 60603 BALDI BERG & WALLACE, LTD. 19 South LaSalle Street Suite 1500 Chicago, IL 60603 | Attorney for Trustee Expenses (Trus | 3120-000 | | 48.45 | 3,944.59 |
| 01/24/11 | 001024 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,885.90 | 2,058.69 |
| 01/24/11 | 001025 | Discover Bank/Discover Financial Services PO Box 8003 Hilliard OH 43026 | Claim 000001, Payment 11.35% | 7100-000 | | 256.19 | 1,802.50 |
| 01/24/11 | 001026 | Poronsky Family Practice 6400 W College Dr, #200 Palos Heights, IL 60463-1786 | Claim 000003, Payment 11.34% | 7100-000 | | 11.97 | 1,790.53 |
| 01/24/11 | 001027 | Capital One Bank c/o Tsys Debt Management PO Box 5155 Norcross, GA 30091 | Claim 000004, Payment 11.35% | 7100-000 | | 157.30 | 1,633.23 |
| 01/24/11 | 001028 | Capital One Bank c/o Tsys Debt Management PO Box 5155 Norcross, GA 30091 | Claim 000005, Payment 11.35% | 7100-000 | | 205.12 | 1,428.11 |
| 01/24/11 | 001029 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | Claim 000006, Payment 11.35% | 7100-000 | | 150.07 | 1,278.04 |
| 01/24/11 | 001030 | Kohl's Department Store c/o creditors Bankruptcy Service P O Box 740933 | Claim 000007, Payment 14.90% | 7100-000 | | 21.92 | 1,256.12 |

Ver: 16.01c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 06-06250 -JPC | |
| Case Name: | TIGHE, STEPHEN G | |
| | | |
| Taxpayer ID No: | *******2670 | |
| For Period Ending: | 04/03/11 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6784 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dallas, TX 75374 | | | | |
| 01/24/11 | 001031 | eCAST Settlement Corporation | Claim 000008, Payment 25.67% | 7100-000 | | 19.84 | 1,236.28 |
| | | P.O. Box 7247-6971 | | | | |
| | | Philadelphia, PA 19170-6971 | | | | |
| 01/24/11 | 001032 | ROUNDUP FUNDING, L.L.C. | Claim 000009, Payment 11.35% | 7100-000 | | 319.59 | 916.69 |
| | | MS 550 | | | | |
| | | PO Box 91121 | | | | |
| | | SEATTLE, WA 98111-9221 | | | | |
| 01/24/11 | 001033 | CITIFINANCIAL RETAIL SERVICES, INC | Claim 000010A, Payment 11.35% | 7100-000 | | 118.49 | 798.20 |
| | | P.O. BOX 70923 | | | | |
| | | CHARLOTTE, NC 28272-0923 | | | | |
| 01/24/11 | 001034 | Premier Bankcard | Claim 000011, Payment 25.67% | 7100-000 | | 13.58 | 784.62 |
| | | Premier/CSI Dept SDPR | | | | |
| | | PO Box 2208 | | | | |
| | | Vacaville, CA 95696 | | | | |
| 01/24/11 | 001035 | eCAST Settlement Corporation assignee of | Claim 000012, Payment 11.34% | 7100-900 | | 233.05 | 551.57 |
| | | Chase Bank USA N A | | | | |
| | | POB 35480 | | | | |
| | | Newark NJ 07193-5480 | | | | |
| 01/24/11 | 001036 | eCAST Settlement Corporation | Claim 000013, Payment 25.67% | 7100-000 | | 22.96 | 528.61 |
| | | POB 35480 | | | | |
| | | Newark NJ 07193-5480 | | | | |
| 01/24/11 | 001037 | LVNV Funding LLC., its successors and assigns, as | Claim 000014, Payment 11.35% | 7100-000 | | 349.19 | 179.42 |
| | | assignee of Citibank, N.A. | | | | |
| | | Resurgent Capital Services | | | | |
| | | P.O. Box 10587 | | | | |
| | | Greenville, SC 29603-0587 | | | | |
| 01/24/11 | 001038 | Portfolio Recovery Associates | Claim 000015, Payment 11.35% | 7100-000 | | 152.47 | 26.95 |
| | | PO Box 41067 | | | | |
| | | Norfolk, VA 23541 | | | | |
| 01/24/11 | 001039 | Renata Variakojis MDSC | Claim 000019, Payment 25.66% | 7100-000 | | 22.84 | 4.11 |

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-06250 -JPC |
| Case Name: | TIGHE, STEPHEN G |
| | |
| Taxpayer ID No: | *******2670 |
| For Period Ending: | 04/03/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6784  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/24/11 | 001040 | P O Box 379 Orland Park, IL 60462 United States Bankruptcy Court IL | Claim 000020, Payment 25.69% Sonus USA 5000 Cheshire Parkway North Minneapolis, MN 55446 | 7100-000 | | 4.11 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | | | | |
| Memo Allocation Disbursements: | 0.00 | | | | | |
| Memo Allocation Net: | 0.00 | | | | | |

Account   *******6784

| | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 60 | Checks | 8,257.04 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 8,257.04 |
| 1 | Transfers In | 8,257.04 | | | |
| | Total | $ 8,257.04 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 11,358.55 | | | | |
| Total Allocation Disbursements: | 3,102.50 | | | | |
| Total Memo Allocation Net: | 8,256.05 | | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 1 | Deposits | 8,256.05 | 60 | Checks | 8,257.04 |
| 6 | Interest Postings | 0.99 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 8,257.04 |
| | Subtotal | $ 8,257.04 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 16,514.08 |
| 1 | Transfers In | 8,257.04 | | | |
| | Total | $ 16,514.08 | | Net Total Balance | $ 0.00 |